UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COREY LAVELLE GREEN,<br><br>         Plaintiff,<br><br>v.<br><br>M. LIZARRAGA, et al.,<br><br>         Defendants. | Case No.: 22-cv-01175-DMS-MMP<br><br>**ORDER (1) ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION, (2) GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

   Before the Court is United States Magistrate Judge Michelle M. Pettit's Report and Recommendation ("R&R") recommending that the Court grant in part and deny in part Defendants' Motion for Summary Judgment. (ECF No. 88). Defendants have filed objections to the R&R. (ECF No. 92). The Court having reviewed the thorough and well-reasoned R&R, adopts it in its entirety.

   Defendants contend that the R&R failed to appropriately apply *Heck v. Humphrey* to the facts at hand. 512 U.S. 477 (1994). However, the Court is persuaded by the analysis in the R&R leading to the conclusion that "the criminal jury did not necessarily make a finding that any of the defendants currently before this Court acted lawfully." (ECF No. 88); *see King v. R. Villegas*, No. 23-1713, 2025 WL 2950508, at *7 (9th Cir. Oct. 20, 2025) (noting that a prisoner plaintiff's excessive force action filed prior to criminal charges was

not the type of collateral attack contemplated by the Supreme Court in deciding *Heck*). Defendants also object to the survival of claims against Sergeant Montejano, who they argue did not order the excessive force at issue.  Plaintiff alleges that Sgt. Montejano "ordered [the other officers] to run inside the cell *to do that*, because he said he did that" and that "under [Sgt. Montejano's] orders it was ill intentions that cause [sic] my injuries by *his command to cause me harm*."  (ECF Nos. 71-2 at 37, 1 at 2–3) (emphasis added). Although the Defendants point out what they think "Plaintiff is most likely referring to," any ambiguity tends to show a genuine dispute as to a material fact, particularly given the duty to liberally construe documents filed pro se.  (ECF No. 92); *Erickson v. Pardus*, 551 U.S. 89, 94 (2007).

For these reasons, the Court adopts the R&R in its entirety.  Defendants' Motion for Summary Judgment as to Plaintiff's illegal extraction claim is **GRANTED**.  Defendants' Motion for Summary Judgment as to Plaintiff's excessive force claims against Defendants Lizarraga, Galindo, and Montejano is **DENIED**.

**IT IS SO ORDERED.**

Dated:  October 21, 2025

Hon. Dana M. Sabraw
United States District Judge